

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA  
Plaintiff

CASE NUMBER: CR: 13-6341-Snow

VS.

REPORT COMMENCING CRIMINAL ACTION

Giovanni Bellota  
Defendant

03601-104  
USMS NUMBER

TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH  
U.S. DISTRICT COURT           (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 6-28-13    A.M. ____ P.M. 3:00 pm  
(2) LANGUAGE SPOKEN: Italian - some English  
(3) OFFENSE CHARGED: Title 21 USC 841  
(4) DATE OF BIRTH: 04-02-1981  

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)  
    { } INDICTMENT  
    {X} COMPLAINT TO BE FILED/ALREADY FILED  
    { } BENCH WARRANT FOR FAILURE TO APPEAR  
    { } PROBATION VIOLATION WARRANT  
    { } PAROLE VIOLATION WARRANT  
ORIGINAL DISTRICT: ____

(6) REMARKS: ____  
(7) DATE: 6-28-13   (8) ARRESTING OFFICER: SA CRYSTAL CONNORS  
(9) AGENCY: DEA    (10) PHONE: 305-370-2514  
(11) COMMENTS: ____