

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
    Plaintiff

CASE NUMBER: CR: 13-6341-Snow

VS.

Felimon Guillen
    Defendant

REPORT COMMENCING CRIMINAL ACTION

03600-104
USMS NUMBER

TO: CLERK'S OFFICE     MIAMI     (FT. LAUDERDALE)     W. PALM BEACH
U.S. DISTRICT COURT     (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 6-28-13    A.M. _____ P.M. 3:00
(2) LANGUAGE SPOKEN: ENGLISH / SPANISH
(3) OFFENSE CHARGED: Title 21 USC 841 Consp to Pwid Meth
(4) DATE OF BIRTH: 11-05-1974
(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   { } INDICTMENT     [X] COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: S/F

(6) REMARKS: _____
(7) DATE: 6-28-13    (8) ARRESTING OFFICER: SA CRYSTAL CONNORS
(9) AGENCY: DEA    (10) PHONE: 305-370-2514
(11) COMMENTS: _____