# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 7/1/2013    Time: 11:00am

Defendant: Giovanni Bellota (J) ✓    J#: 03601-104    Case #: 13-6341-Snow

AUSA: Donald Chase ✓    Attorney:

Violation: 21:841(a)(1)

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ⊙ Yes ⊙ No    Recommended Bond: PTD

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Italian ✓

Disposition:

Deft advised of charges
Deft sworn for counsel

CJA appt—
Mauricio Aldazabal

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 7/3/15 | 10:00am | Hunt | FH |
| Prelim/Arraign or Removal: | 7/15/13 | 1:00pm | Snow | Ftl |
| Status Conference RE: | | | | |

D.A.R. 11:41:14    Time in Court: 10min

Page: 7