# COURT MINUTES

## United States Magistrate Judge Patrick M. Hunt

Date: 7/1/2013    Time: 11:00am

Defendant: Felimon Guillen, Jr. (J) ✓    J#: 03600-104    Case #: 13-6341-Snow

AUSA: Donald Chase ✓    Attorney: Robert Berube

Violation: 21:841(a)(1)

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ☐ Yes ☒ No    Recommended Bond: PTD

Bond Set at: $250,000 CSB w/Nebbia    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

Disposition:
Deft advised of charges
Deft sworn for counsel

AFPD appt - Robert Berube

Both sides stipulate to a $250,000 CSB with Nebbia; reserving the right to a PTD hearing at a later date

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:    7/15/13    1:00pm    Snow    Ftl

Status Conference RE:

D.A.R. 11:30:01    Time in Court: 10 min

recalled: 11:51:06

Page: 6