UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-6341-SNOW

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

FELIMON GUILLEN, Jr., et al.,
        Defendant.
_____ :

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/ *Daryl E. Wilcox*
    Daryl E. Wilcox
    Assistant Federal Public Defender
    Florida Bar No. 838845
    One E. Broward Boulevard, Suite 1100
    Ft. Lauderdale, FL 33301-1842
    (954) 356-7436
    (954) 356-7556, Fax
    Daryl_Wilcox@fd.org, E-mail

## CERTIFICATE OF SERVICE

I HEREBY certify that on July 2, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        By: s/ *Daryl E. Wilcox*
                                                 Daryl E. Wilcox

J:\Guillen, Jr., Felimon  Reg 03600-104\Pleadings\Notice.assignment.wpd

SERVICE LIST
UNITED STATES v. FELIMON GUILLEN, Jr., et al.
CASE NO. 13-6341-SNOW
United States District Court, Southern District of Florida

Donald F. Chase, II, Esq.
donald.chase@usdoj.gov
Assistant United States Attorney
500 E. Broward Boulevard, 7th Floor
Fort Lauderdale, FL 33394-3016
954-356-7255
954-356-7336, fax
Attorney for the Government
Notices of Electronic Filing

Mauricio Lopez Aldazabal, Esq.
mlafedesq@msn.com
2655 Le Jeune road, Suite 700
Coral Gables, FL 33134
305-569-9566
305-461-5102
Attorney for Giovanni Bellota
Notices of Electronic Filing

Daryl E. Wilcox, Esq.
daryl_wilcox@fd.org
Assistant Federal Public Defender
One E. Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301-1842
954-356-7436
954-356-7556, fax
Attorney for Felimon Guillen, Jr.
Notices of Electronic Filing