UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT MINUTES**
CHIEF U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | GIOVANNI BELLOTA (J)#03601-104 | CASE NO: | 13-6341-SNOW |
| AUSA: | D. CHASE (T. LINDSEY DUTY) | ATTY: | MAURICIO ALDAZABAL (CJA) |
| AGENT: | | VIOL: | 21:USC 841 |
| PROCEEDING: | PRETRIAL DETENTION HEARING | RECOMMENDED BOND: | |

BOND/PTD HEARING HELD - yes (no)   COUNSEL APPOINTED:
BOND SET @:   To be cosigned by:

☐ All standard conditions

** ITALIAN INTERPRETER REQUESTED **

☐ Do not encumber property.

☐ Surrender and / or do not obtain passports / travel documents.

Both sides stipulate to $250,000 CSB w/Nebbia

☐ Rpt to PTS as directed / or _ x's a week/month by phone; x's a week/month in person. FTL

Reserving right to PTD at a later date.

☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.

☐ Maintain or seek full - time employment.

No bond hearing.

☐ No contact with victims / witnesses.

☐ No firearms.

☐ Curfew/Electronic Monitoring:

☐ Travel extended to:

☐ Other:

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:    PLACE:

REPORT RE COUNSEL:
**PTD**/BOND HEARING:
PRELIM/**ARRAIGN** OR REMOVAL:   MONDAY JULY 15 2013 AT 1:00 P.M. BEFORE DUTY (SNOW)
STATUS CONFERENCE:

DATE: 07/11/2013   TIME: 11:00 AM   FTL/TAPE/# BSS-   Begin DAR: 11:09:55

{ 5 MINS }